Form B3 (official Form 3)
(9/97)

**UNITED STATES BANKRUPTCY COURT**
___Northern___ DISTRICT OF ___Illinois___

In re __Meyers, Cynthia D.__
Debtor

Case No. __05-24449__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __209.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __26.00__    Check one ☑ With the filing of the petition, or
                           ☐ On or before _____
   $ __61.00__    on or before __July 15, 2005__
   $ __61.00__    on or before __Aug. 15, 2005__
   $ __61.00__    on or before __Sep. 1, 2005__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   JUN 20 2005
   KENNETH S. GARDNER, CLERK
   PS REP. - TCR

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    __Cynthia C Meyers__   __6/01/05__
Signature of Attorney       Date       Signature of Debtor    Date
                                       (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                       _____    _____
                                       Signature of Joint Debtor (if any)   Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

__Edward R. McEwen III__                        __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__
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

__84 Indian Wood__
__Park Forest IL.__
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____                        __6/15/05__
Signature of Bankruptcy Petition Preparer        Date

Form B3 continued
(9/97)

UNITED STATES BANKRUPTCY COURT
__Northern__ DISTRICT OF __Illinois__

In re __Meyers, Cynthia D.__,
Debtor

Case No. _____

Chapter _____

ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Date: 6/20/05

_United States Bankruptcy Judge_