UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MEYERS, CYNTHIA DWILETTA | ) | CASE NO. 05-24449 |
| | ) | |
| Debtor. | ) | Hon. JOHN H. SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE JOHN H. SQUIRES
       BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on June 20, 2005. HORACE FOX, JR. was appointed Trustee on June 20, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $110,298.38. The trustee proposes to abandon the following property at the hearing, $8,298.38 in 1/2 surplus from foreclosure of residence, 640 22 nd Bellwood Illinois, $500.00 in clothing, $1,000.00 in Household Goods with a lien of $1,800.00 which was sold for $0.00, $95,500.00 in REAL ESTATE with a lien of $95,500.00 which was sold for $0.00, $5,000.00 in Volvo auto 2000 with a lien of $5,000.00 which was sold for $0.00.

4.   A summary of the trustee's final account as of March 12, 2009 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $8,490.48 |
| b. | DISBURSEMENTS (See Exhibit C) | $20.75 |
| c. | NET CASH available for distribution | $8,469.73 |
| d. | TRUSTEE PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $1,599.05 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (a.) MANDELL MENKES LLC Attorney for Trustee Fees | $5,385.00 |

5.   The Bar Date for filing unsecured claims expired on December 28, 2005.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $6,984.05 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $16,000.53 |

7.   Trustee proposes that unsecured creditors receive a distribution of 9.29% of allowed claims.

8.   Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Attorney for Trustee Fees, MANDELL MENKES LLC requested but not yet allowed is $5,385.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $6,984.05.

9.   A fee of $0.00 was paid to pro se Debtor for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

   **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative

claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                                  RESPECTFULLY SUBMITTED

Date: March 12, 2009                    /s/ HORACE FOX, JR., Trustee
                                                  SIGNATURE

                                                  HORACE FOX, JR.
                                                  TRUSTEE NAME

                                                  6 East Monroe
                                                  Suite 1004
                                                  Chicago, IL 60603
                                                  ADDRESS

**TASKS PERFORMED BY TRUSTEE**
**EXHIBIT A**

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

Successfully objected to late filed claim of homestead exemption and Cascade, another secured creditor.

**EXHIBIT B**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Date Filed (f) or Converted (c): | 06/20/2005 (f) |
| For the Period Ending: | 3/13/2009 | | §341(a) Meeting Date: | 07/29/2005 |
| | | | Claims Bar Date: | 12/28/2005 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE | $95,500.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Residence, at 640 22nd Avenue, Bellwood IL 60104. Property sold before the ch 7 filed. Debtor's former spouse owned 1/2 inteterest in the residence. Later amended C to take exemption. Exemption was successfully objected to. | | | | | |
| 2 | volvo auto 2000 | $5,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Cascade secured lien successfully objected to | | | | | |
| 3 | Household Goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4 | clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 5 | 1/2 surplus from foreclosure of residence, 640 22 (u) | $8,298.38 | $0.00 | DA | $8,298.38 | FA |
| Asset Notes: | 1/2 proceeds from foreclosure of residence, 640 22nd Avenue, Bellwood IL 60104, issued by Clerk of Circuit Court of Cook County. | | | | | |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $192.10 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $110,298.38 | $0.00 | | $8,490.48 | $0.00 |

**Major Activities affecting case closing:**

January 26, 2006, 09:25 pm Debtor failed to list her real estate surplus and later attempted to claim a homestead exemption . I hired Mr. de'Medici to represent me. on 11.4.05 and the exemption was successfully objected to. Examined claims, # 7 is late. Object. Hire an accountant. Object to secured claim for car.

Order entered on objection to secured claim of Cascade. Trustee is to pay no dividend to Cascade.

Final report submitted UST.

**Initial Projected Date Of Final Report (TFR):** 06/30/2006        **Current Projected Date Of Final Report (TFR):** 05/30/2009

**EXHIBIT C**

| Case No.: | 05-24449 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | 756764943 | | | Money Market Acct #: | 3754418217 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/20/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/13/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/20/2005 | (5) | DOROTHY BROWN | 1/2 surplus, 640 22nd Ave Bellwood | 1229-000 | $8,298.38 | | $8,298.38 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $0.81 | | $8,299.19 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $4.09 | | $8,303.28 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $4.22 | | $8,307.50 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $4.24 | | $8,311.74 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.92 | | $8,317.66 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.06 | | $8,324.72 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $6.35 | $8,318.37 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.84 | | $8,325.21 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.08 | | $8,332.29 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.85 | | $8,339.14 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.08 | | $8,346.22 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.09 | | $8,353.31 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.86 | | $8,360.17 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.11 | | $8,367.28 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.88 | | $8,374.16 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.10 | | $8,381.26 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.13 | | $8,388.39 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.43 | | $8,394.82 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.12 | | $8,401.94 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $6.67 | $8,395.27 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.91 | | $8,402.18 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.14 | | $8,409.32 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.91 | | $8,416.23 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.15 | | $8,423.38 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.15 | | $8,430.53 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $5.36 | | $8,435.89 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $5.38 | | $8,441.27 |
| | | | SUBTOTALS | | $8,454.29 | $13.02 | |

**FORM 2**
Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | 756764943 | Money Market Acct #: | 3754418217 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/20/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/13/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $1.05 | | $8,442.32 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $8,442.32 | $0.00 |
| | | | **TOTALS:** | | $8,455.34 | $8,455.34 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,442.32 | |
| | | | Subtotal | | $8,455.34 | $13.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,455.34 | $13.02 | |

| For the period of 6/20/2005 to 3/13/2009 | | For the entire history of the account between 10/20/2005 to 3/13/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,455.34 | Total Compensable Receipts: | $8,455.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,455.34 | Total Comp/Non Comp Receipts: | $8,455.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13.02 | Total Compensable Disbursements: | $13.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.02 | Total Comp/Non Comp Disbursements: | $13.02 |
| Total Internal/Transfer Disbursements: | $8,442.32 | Total Internal/Transfer Disbursements: | $8,442.32 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756764943 | | Checking Acct #: | 7117054449 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/20/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/13/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # 8117054449 | Transfer For Bond Payment | 9999-000 | $7.73 | | $7.73 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $7.73 | $0.00 |
| 11/21/2008 | | Transfer From: MMA # 8117054449 | Transfer to Close Account | 9999-000 | $8,469.73 | | $8,469.73 |
| | | | **TOTALS:** | | $8,477.46 | $7.73 | $8,469.73 |
| | | | Less: Bank transfers/CDs | | $8,477.46 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $7.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7.73 | |

| For the period of 6/20/2005 to 3/13/2009 | | For the entire history of the account between 03/31/2008 to 3/13/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,477.46 | Total Internal/Transfer Receipts: | $8,477.46 |
| | | | |
| Total Compensable Disbursements: | $7.73 | Total Compensable Disbursements: | $7.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7.73 | Total Comp/Non Comp Disbursements: | $7.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**Page No:** 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 05-24449 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | MEYERS, CYNTHIA DWILETTA | | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | 756764943 | | | **Money Market Acct #:** | 8117054449 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | MMA |
| **For Period Beginning:** | 6/20/2005 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/13/2009 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $8,442.32 | | $8,442.32 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $3.19 | | $8,445.51 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.30 | | $8,449.81 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.09 | | $8,453.90 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.35 | | $8,457.25 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.28 | | $8,460.53 |
| 04/02/2008 | | Transfer To # 7117054449 | Transfer For Bond Payment | 9999-000 | | $7.73 | $8,452.80 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.77 | | $8,455.57 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.86 | | $8,458.43 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.77 | | $8,461.20 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.66 | | $8,463.86 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.15 | | $8,466.01 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.08 | | $8,468.09 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.64 | | $8,469.73 |
| 11/21/2008 | | Transfer To: # 7117054449 | Transfer to Close Account | 9999-000 | | $8,469.73 | $0.00 |

**SUBTOTALS** $8,477.46 $8,477.46

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756764943 | | Money Market Acct #: | 8117054449 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 6/20/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/13/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $8,477.46 | $8,477.46 | $0.00 |
| Less: Bank transfers/CDs | $8,442.32 | $8,477.46 | |
| Subtotal | $35.14 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $35.14 | $0.00 | |

**For the period of 6/20/2005 to 3/13/2009**

| | |
|---|---|
| Total Compensable Receipts: | $35.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35.14 |
| Total Internal/Transfer Receipts: | $8,442.32 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,477.46 |

**For the entire history of the account between 11/08/2007 to 3/13/2009**

| | |
|---|---|
| Total Compensable Receipts: | $35.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35.14 |
| Total Internal/Transfer Receipts: | $8,442.32 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,477.46 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756764943 | | Money Market Acct #: | 8117054449 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 6/20/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/13/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,490.48 | $20.75 | $8,469.73 |

**For the period of 6/20/2005 to 3/13/2009**

| | |
|---|---|
| Total Compensable Receipts: | $8,490.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,490.48 |
| Total Internal/Transfer Receipts: | $16,919.78 |
| | |
| Total Compensable Disbursements: | $20.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.75 |
| Total Internal/Transfer Disbursements: | $16,919.78 |

**For the entire history of the case between 06/20/2005 to 3/13/2009**

| | |
|---|---|
| Total Compensable Receipts: | $8,490.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,490.48 |
| Total Internal/Transfer Receipts: | $16,919.78 |
| | |
| Total Compensable Disbursements: | $20.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.75 |
| Total Internal/Transfer Disbursements: | $16,919.78 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MEYERS, CYNTHIA DWILETTA | ) | CASE NO. 05-24449 |
| | ) | |
| Debtor. | ) | Hon. JOHN H. SQUIRES |

## **DISTRIBUTION REPORT**

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $6,984.05 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,485.68 |
| Interest (726(a)(5): | $0.00 |
| Surplus to Debtor (726(a)(6): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,469.73 |

# CLAIMS DISTRIBUTION REGISTER
# EXHIBIT D

CASE: 05-24449   MEYERS, CYNTHIA DWILETTA

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 12/19/2007 | Horace Fox, Jr.<br>6 East Monroe<br>Suite 1004<br>Chicago , IL 60603<br>**NOTES:** | 2100-000 | $1,599.05 | $1,599.05 | $.00 | $1,599.05 | $1,599.05 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | **$1,599.05** | **$1,599.05** | **$0.00** | **$1,599.05** | **$1,599.05** |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| | 01/01/1900 | MANDELL MENKES LLC<br>333 W. Wacker Drive<br>Suite 300<br>Chicago , IL 60606 | 3210-000 | $5,385.00 | $5,385.00 | $.00 | $5,385.00 | $5,385.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | **$5,385.00** | **$5,385.00** | **$0.00** | **$5,385.00** | **$5,385.00** |
| **General Unsecured 726(a)(2) Claims** | | | | | | | | |
| 1 | 10/08/2005 | SALLIE MAE EDUCATION CREDIT FINANCE<br>C/O Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre , PA 18706 | 7100-000 | $8,537.71 | $8,537.71 | $.00 | $8,537.71 | $792.75 |
| **Percent Paid:** | | | 9.29% | | | | | |
| 3 | 11/07/2005 | MCSI<br>8241 West St<br>Lansing , IL 60438 | 7100-000 | $2,565.55 | $2,565.55 | $.00 | $2,565.55 | $238.22 |
| **Percent Paid:** | | | 9.29% | | | | | |
| 4 | 11/22/2005 | Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas TX 75374 | 7100-000 | $1,026.74 | $1,026.74 | $.00 | $1,026.74 | $95.33 |
| **Percent Paid:** | | | 9.28% | | | | | |
| 5 | 12/08/2005 | Nicor Gas<br>PO Box 549<br>Aurora , IL 60507 | 7100-000 | $2,930.27 | $2,930.27 | $.00 | $2,930.27 | $272.08 |
| **Percent Paid:** | | | 9.29% | | | | | |
| 6 | 12/22/2005 | Midwest Verizon Wireless<br>AFNI Verizon Wireless<br>404 Brock Drive<br>Bloomington , Il 61701 | 7100-000 | $940.26 | $940.26 | $.00 | $940.26 | $87.30 |
| **Percent Paid:** | | | 9.28% | | | | | |
| **Total for General Unsecured 726(a)(2) Claims** | | | | **$16,000.53** | **$16,000.53** | **$0.00** | **$16,000.53** | **$1,485.68** |
| **Case Totals** | | | | **$22,984.58** | **$22,984.58** | **$0.00** | **$22,984.58** | **$8,469.73** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____ _____

HORACE FOX, JR., Trustee