UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MEYERS, CYNTHIA DWILETTA | ) | CASE NO. 05-24449 |
| | ) | |
| Debtor. | ) | Hon. JOHN H. SQUIRES |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, IL 60604

    On: **May 26, 2009**     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $8,490.48 |
    | Disbursements | $20.75 |
    | Net Cash Available for Distribution | $8,469.73 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Horace Fox, Jr. Trustee | $.00 | $1,599.05 | |
| MANDELL MENKES LLC Attorney | $.00 | $5,385.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7. Claims of general unsecured creditors totaling $16,000.53 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.29%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SALLIE MAE EDUCATION CREDIT FINANCE | $8,537.71 | $792.75 |
| 3 | MCSI | $2,565.55 | $238.22 |
| 4 | Talbots | $1,026.74 | $95.33 |
| 5 | Nicor Gas | $2,930.27 | $272.08 |
| 6 | Midwest Verizon Wireless | $940.26 | $87.30 |
| 7 | eCAST Settlement Corporation assign | $0.00 | $0.00 |
| 8 | eCAST Settlement Corporation assign | $0.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee

applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: **April 17, 2009**  For the Court,

By: **KENNETH S. GARDNER**

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee: HORACE FOX, JR.

Address: 6 East Monroe
Suite 1004
Chicago, IL 60603

Phone No.: 312 -5642

Case 05-24449   Doc 49   Filed 04/17/09   Entered 04/19/09 23:50:07   Desc Imaged
                         Certificate of Service   Page 4 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 17, 2009
Case: 05-24449                Form ID: pdf002              Total Served: 31

The following entities were served by first class mail on Apr 19, 2009.
db           +Cynthia Dwiletta Meyers,    640 22nd Avenue,    Bellwood, IL 60104-1916
aty          +Bruce E de'Medici,   333 W. Wacker Drive,    #300,    Chicago, IL 60606-1252
9843461       Alexian Brothers Medical Ctr,    800 Biesterfield Rd,    Elk Grove Village, Il 60007-3397
9477046      +Altegra Credit Co,    150 Allegheny Cent,    Pittsburgh, PA 15212-5335
9477050      +Capital One Bank,    4851 Cox Rd,   #1203,    Glen Allen, VA 23060-6293
9477048      +Cascade Forest Products Credit Union,    PO Box 348,    Vancouver, WA 98666-0348
9477051      +Citi Cards,    8725 W Sahara Ave,   The Lakes, NV 89163-0001
9477052      +Collection Company of America,    700 LongWater DR,    Norwell, MA 02061-1796
9477053      +Credit Protection,    13355 Noel Road, 21st,    Dallas, TX 75240-6602
9477054       Ecast Settlement Corporation assignee,    HSBC Bank Nevada NA/HSBC Card Serv III,    P O Box 35480,
               Newark, NJ 07193-5480
9843462      +Enhanced Recovery SVS,    c/o Cardholder Mgmt SVS LLC,    8014 Bayberry RD,
               Jacksonville, FL 32256-7412
9843460       Loyola University Medical,    2160 S First Ave Ctr,    Maywood, IL 60153
9843466      +Loyola University Medical Ctr,    2160 S First Ave,    Maywood, Il 60153-3328
10473839     +MCSI,   18241 West St,    Lansing, IL 60438-3200
9843464      +MEA Elk Grove Village LLC,    c/o State Collection Servcie Inc,    P O Box 6250,
               Madison, WI 53716-0250
10545619     +Midwest Verizon Wireless,    AFNI Verizon Wireless,    404 Brock Drive,
               Bloomington, Il 61701-2654
9477055      +Nicor Gas,    1844 W Ferry Rd,   Naperville, IL 60563-9600
9843463      +Penn Credit Corporation,    c/o MCI,   P O Box 988,    Harrisburg, PA 17108-0988
9477056      +Providian,    PO Box 9007,   Pleasanton, CA 94566-9007
9477057      +Risk Management Alternat,    PO Box 105062,    Office Service DI,    Atlanta, GA 30348-5062
10041114     +SALLIE MAE EDUCATION CREDIT FINANCE CORP.,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,
               Wilkes-Barre, PA 18706-1430
9843459       Sallie Mae,    P O Box 9500,   Wilkes Barr, PA 18773-9500
9477058      +Specialized Card Service,    5001 W 41st St,    Sioux Falls, SD 57106-1424
10489286     +Talbots,   c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9843458      +The Talbots,    175 Beal St,   Hingham, MA 02043-1512
9843465      +Village of Bellwood,    Police Dept,   3200 Washington Blvd,    Bellwood, Il 60104-1950
10770579      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Apr 18, 2009.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM                             Horace Fox, JR,    Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
9477047      +Fax: 708-865-2274 Apr 18 2009 00:31:26      American General Finance,    3519 W Lake,
               Melrose Park, IL 60160-2825
10503178     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
9477059      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 18 2009 05:12:10
               Verizon Wireless Midwest,    1515 Woodfield Rd,    Suite 1400,    Schaumburg, IL 60173-5497
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Joshua J Wallar
9477049       First Franklin Credit
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                              **Signature:** *Joseph Speetjens*