**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-24449 |
| | § | |
| CYNTHIA DWILETTA MEYERS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1)　　All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

　　2)　　A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $110,298.38 | Assets Exempt: | $9,000.00 |
| Total Distributions to Claimants: | $1,485.68 | Claims Discharged Without Payment: | $128,593.76 |
| Total Expenses of Administration: | $7,004.80 | | |

　　3)　　Total gross receipts of $8,490.48  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,490.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $102,300.00 | $3,977.21 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,004.80 | $7,004.80 | $7,004.80 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $131,660.88 | $20,103.33 | $16,000.53 | $1,485.68 |
| **Total Disbursements** | $233,960.88 | $31,085.34 | $23,005.33 | $8,490.48 |

4). This case was originally filed under chapter 7 on 06/20/2005. The case was pending for 60 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2010            By:   /s/ Horace Fox, Jr.
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1/2 surplus from foreclosure of residence,  640 22 | 1229-000 | $8,298.38 |
| Interest Asset | 1270-000 | $192.10 |
| **TOTAL GROSS RECEIPTS** | | **$8,490.48** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Altegra Credit Co. | 4110-000 | $95,500.00 | NA | $0.00 | $0.00 |
| American General | 4210-000 | $1,800.00 | NA | $0.00 | $0.00 |
| Cascade Forest Products Credit Unio | 4210-000 | $5,000.00 | $3,977.21 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$102,300.00** | **$3,977.21** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,599.05 | $1,599.05 | $1,599.05 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $6.67 | $6.67 | $6.67 |
| International Sureties, LTD. | 2300-000 | NA | $7.73 | $7.73 | $7.73 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $6.35 | $6.35 | $6.35 |
| MANDELL MENKES LLC and Bruce de'Medici, Attorney for Trustee | 3210-000 | NA | $5,385.00 | $5,385.00 | $5,385.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$7,004.80** | **$7,004.80** | **$7,004.80** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alexian Brothers Medical Center | 7100-000 | $801.85 | NA | NA | $0.00 |
| Altegra Credit Company | 7100-000 | $94,500.00 | NA | NA | $0.00 |
| American General Finance | 7100-000 | $1,761.00 | NA | NA | $0.00 |
| Capital One Bank | 7100-000 | $400.00 | NA | NA | $0.00 |
| Cascade Forest Products | 7100-000 | $4,500.00 | NA | NA | $0.00 |
| Citi Cards | 7100-000 | $3,300.00 | NA | NA | $0.00 |
| Collection Company of America | 7100-000 | $300.00 | NA | NA | $0.00 |
| Credit Protection | 7100-000 | $185.00 | NA | NA | $0.00 |
| Enhanced Recovery Systems | 7100-000 | $761.43 | NA | NA | $0.00 |
| First Franklin Credit | 7100-000 | $0.00 | NA | NA | $0.00 |
| Looyola Univ Medical | 7100-000 | $163.48 | NA | NA | $0.00 |
| Loyola University Medical | 7100-000 | $95.36 | NA | NA | $0.00 |
| Loyola University Medical | 7100-000 | $2,330.00 | NA | NA | $0.00 |
| MCSI | 7100-000 | $2,715.00 | $2,565.55 | $2,565.55 | $238.22 |
| Mea-Elk Grove Village LLC | 7100-000 | $341.00 | NA | NA | $0.00 |
| Midwest Verizon Wireless | 7100-000 | $900.00 | $940.26 | $940.26 | $87.30 |
| Nicor Gas | 7100-000 | $3,100.00 | $2,930.27 | $2,930.27 | $272.08 |
| Penn Credit Corporation | 7100-000 | $698.79 | NA | NA | $0.00 |
| Providian | 7100-000 | $3,000.00 | NA | NA | $0.00 |
| Risk Management | 7100-000 | $100.00 | NA | NA | $0.00 |
| SALLIE MAE EDUCATION CREDIT FINANCE | 7100-000 | $7,656.97 | $8,537.71 | $8,537.71 | $0.00 |
| CLERK, U.S. BANKRUPTCY COURT (Claim No. 1; SALLIE MAE | 7100-001 | $0.00 | $0.00 | $0.00 | $792.75 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| EDUCATION CREDIT FINANCE) | | | | | |
| Specialized Card Service | 7100-000 | $841.00 | NA | NA | $0.00 |
| Talbots | 7100-000 | $1,110.00 | $1,026.74 | $1,026.74 | $95.33 |
| eCAST Settlement Corporation assign | 7200-000 | $2,100.00 | $2,065.90 | $0.00 | $0.00 |
| eCAST Settlement Corporation assign | 7200-000 | NA | $2,036.90 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $131,660.88 | $20,103.33 | $16,000.53 | $1,485.68 |

**UST Form 101-7-TDR (9/1/2009)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Date Filed (f) or Converted (c): | 06/20/2005 (f) |
| For the Period Ending: | 6/11/2010 | | §341(a) Meeting Date: | 07/29/2005 |
| | | | Claims Bar Date: | 12/28/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    REAL ESTATE | $95,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Residence, at 640 22nd Avenue, Bellwood IL 60104. Property sold before the ch 7 filed. Debtor's former spouse owned 1/2 inteterest in the residence. Later amended C to take exemption. Exemption was successfully objected to. | | | | | |
| 2    volvo auto 2000 | $5,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Cascade secured lien successfully objected to | | | | | |
| 3    Household Goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 4    clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 5    1/2 surplus from foreclosure of residence, 640 22  (u) | $8,298.38 | $0.00 | DA | $8,298.38 | FA |
| **Asset Notes:** 1/2 proceeds from foreclosure of residence, 640 22nd Avenue, Bellwood IL 60104, issued by Clerk of Circuit Court of Cook County. | | | | | |
| 6    VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 7    Sallie Mae   (u) | Unknown | $792.75 | DA | $0.00 | FA |
| INT   Interest Asset | Unknown | Unknown | | $192.10 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                         **Gross Value of Remaining Assets**

$110,298.38        $792.75                         $8,490.48                    $0.00

**Major Activities affecting case closing:**

January 26, 2006, 09:25 pm Debtor failed to list her real estate surplus and later attempted to claim a homestead exemption . I hired Mr. de'Medici to represent me. on 11.4.05 and the exemption was successfully objected to. Examined claims, # 7 is late. Object. Hire an accountant. Object to secured claim for car.

Order entered on objection to secured claim of Cascade. Trustee is to pay no dividend to Cascade.

Final report submitted UST.

TFR Filed a FR with the court.

Last check cut 6.24.09, need zero balance bank statement and Final account. 792.00+ check to clerk did not clear. It was stopped and reissued. Awaiting zero balance bank statement.

5.22.10

Have zero bank account, need final account.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Date Filed (f) or Converted (c): | 06/20/2005 (f) |
| For the Period Ending: | 6/11/2010 | | §341(a) Meeting Date: | 07/29/2005 |
| | | | Claims Bar Date: | 12/28/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/30/2006    **Current Projected Date Of Final Report (TFR):** 05/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4943 | | | Money Market Acct #: | ******8217 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/20/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/20/2005 | (5) | DOROTHY BROWN | 1/2 surplus, 640 22nd Ave Bellwood | 1229-000 | $8,298.38 | | $8,298.38 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $0.81 | | $8,299.19 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $4.09 | | $8,303.28 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $4.22 | | $8,307.50 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $4.24 | | $8,311.74 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $5.92 | | $8,317.66 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.06 | | $8,324.72 |
| 04/27/2006 | 101 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $6.35 | $8,318.37 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.84 | | $8,325.21 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.08 | | $8,332.29 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.85 | | $8,339.14 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.08 | | $8,346.22 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.09 | | $8,353.31 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.86 | | $8,360.17 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.11 | | $8,367.28 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.88 | | $8,374.16 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.10 | | $8,381.26 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.13 | | $8,388.39 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.43 | | $8,394.82 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.12 | | $8,401.94 |
| 04/03/2007 | 102 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $6.67 | $8,395.27 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.91 | | $8,402.18 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.14 | | $8,409.32 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $6.91 | | $8,416.23 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.15 | | $8,423.38 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $7.15 | | $8,430.53 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $5.36 | | $8,435.89 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $5.38 | | $8,441.27 |
| | | | **SUBTOTALS** | | $8,454.29 | $13.02 | |

Case 05-24449 Doc 55 Filed 07/02/10 Entered 07/02/10 11:28:56 Desc Main
Document Page 9 of 14
Page No: 2 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4943 | | Money Market Acct #: | ******8217 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/20/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $1.05 | | $8,442.32 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $8,442.32 | $0.00 |
| | | | **TOTALS:** | | $8,455.34 | $8,455.34 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,442.32 | |
| | | | Subtotal | | $8,455.34 | $13.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,455.34 | $13.02 | |

| For the period of 6/20/2005 to 6/11/2010 | | For the entire history of the account between 10/20/2005 to 6/11/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,455.34 | Total Compensable Receipts: | $8,455.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,455.34 | Total Comp/Non Comp Receipts: | $8,455.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13.02 | Total Compensable Disbursements: | $13.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.02 | Total Comp/Non Comp Disbursements: | $13.02 |
| Total Internal/Transfer Disbursements: | $8,442.32 | Total Internal/Transfer Disbursements: | $8,442.32 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4943 | | Checking Acct #: | ******4449 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/20/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******4449 | Transfer For Bond Payment | 9999-000 | $7.73 | | $7.73 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $7.73 | $0.00 |
| 11/21/2008 | | Transfer From: MMA # ******4449 | Transfer to Close Account | 9999-000 | $8,469.73 | | $8,469.73 |
| 05/29/2009 | 2002 | Horace Fox, Jr. | | 2100-000 | | $1,599.05 | $6,870.68 |
| 05/29/2009 | 2003 | MANDELL MENKES LLC and Bruce de'Medici | | 3210-000 | | $5,385.00 | $1,485.68 |
| 05/29/2009 | 2004 | SALLIE MAE EDUCATION CREDIT FINANCE | | 7100-000 | | $792.75 | $692.93 |
| 05/29/2009 | 2005 | MCSI | | 7100-000 | | $238.22 | $454.71 |
| 05/29/2009 | 2006 | Talbots | | 7100-000 | | $95.33 | $359.38 |
| 05/29/2009 | 2007 | Nicor Gas | | 7100-000 | | $272.08 | $87.30 |
| 05/29/2009 | 2008 | Midwest Verizon Wireless | | 7100-000 | | $87.30 | $0.00 |
| 06/16/2009 | | Sallie Mae | Return of a Payment on a claim. Claim # 1 Sallie Mae | 7100-002 | | ($792.75) | $792.75 |
| 06/24/2009 | 2009 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds | 7100-001 | | $792.75 | $0.00 |
| 12/28/2009 | 2009 | STOP PAYMENT: CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds | 7100-004 | | ($792.75) | $792.75 |
| 12/28/2009 | 2010 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds | 7100-001 | | $792.75 | $0.00 |

**SUBTOTALS** $8,477.46 $8,477.46

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-24449 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4943 | Checking Acct #: | ******4449 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/20/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $8,477.46 | $8,477.46 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $8,477.46 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $8,477.46 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $8,477.46 | |

**For the period of 6/20/2005 to 6/11/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,477.46 |
| | |
| Total Compensable Disbursements: | $8,477.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,477.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/31/2008 to 6/11/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,477.46 |
| | |
| Total Compensable Disbursements: | $8,477.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,477.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4943 | | | Money Market Acct #: | ******4449 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 6/20/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $8,442.32 | | $8,442.32 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $3.19 | | $8,445.51 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $4.30 | | $8,449.81 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $4.09 | | $8,453.90 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.35 | | $8,457.25 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.28 | | $8,460.53 |
| 04/02/2008 | | Transfer To # ******4449 | Transfer For Bond Payment | 9999-000 | | $7.73 | $8,452.80 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.77 | | $8,455.57 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.86 | | $8,458.43 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.77 | | $8,461.20 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.66 | | $8,463.86 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.15 | | $8,466.01 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.08 | | $8,468.09 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.64 | | $8,469.73 |
| 11/21/2008 | | Transfer To: # ******4449 | Transfer to Close Account | 9999-000 | | $8,469.73 | $0.00 |

**SUBTOTALS** $8,477.46 $8,477.46

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-24449 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4943 | | Money Market Acct #: | ******4449 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 6/20/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $8,477.46 | $8,477.46 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $8,442.32 | $8,477.46 | |
| | | | **Subtotal** | | $35.14 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $35.14 | $0.00 | |

| For the period of 6/20/2005 to 6/11/2010 | | For the entire history of the account between 11/08/2007 to 6/11/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $35.14 | Total Compensable Receipts: | $35.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35.14 | Total Comp/Non Comp Receipts: | $35.14 |
| Total Internal/Transfer Receipts: | $8,442.32 | Total Internal/Transfer Receipts: | $8,442.32 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,477.46 | Total Internal/Transfer Disbursements: | $8,477.46 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7  Exhibit 9

| Case No. | 05-24449 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MEYERS, CYNTHIA DWILETTA | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4943 | Money Market Acct #: | ******4449 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 6/20/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,490.48 | $8,490.48 | $0.00 |

**For the period of 6/20/2005 to 6/11/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,490.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,490.48 |
| Total Internal/Transfer Receipts: | $16,919.78 |
| | |
| Total Compensable Disbursements: | $8,490.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,490.48 |
| Total Internal/Transfer Disbursements: | $16,919.78 |

**For the entire history of the case between 06/20/2005 to 6/11/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,490.48 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,490.48 |
| Total Internal/Transfer Receipts: | $16,919.78 |
| | |
| Total Compensable Disbursements: | $8,490.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,490.48 |
| Total Internal/Transfer Disbursements: | $16,919.78 |

HORACE FOX, JR.